IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAPERT THOMAS,

    Petitioner,

v.                              CASE NO.  4:14-cv-73-MW/CAS

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.4, filed February 20, 2014.    Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  This Court does not have jurisdiction over this petition for writ of error coram nobis.  To the extent Petitioner is attempting to challenge, pursuant to 28 U.S.C. §2254, a 2012 or 2014 convictions from the state court in Highlands County, Florida, this Court also does not have jurisdiction.  For a §2254 petition, jurisdiction is appropriate in the district of confinement and the district of

1

conviction. 28 U.S.C. §2241(d). The district of conviction appears the most convenient. *Parker v. Singletary,* 974 F.2d 1562, 1582 (11th Cir. 1992). This cause is **TRANSFERRED** to the United States District Court for the Southern District of Florida for all further proceedings. The Clerk shall take all necessary steps to effect the transfer and close the file.

**SO ORDERED on March 20, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**